1  Corinne Chandler - SBN 111423
    E-mail: cchandler@kantorlaw.net
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, California 91324
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272

5  Attorneys for Plaintiff,
   ELENA ZORN

6

7  Sean P. Nalty - SBN 121253
    E-mail: sean.nalty@ogletreedeakins.com
   Shivani Nanda - SBN 253891
8    E-mail: shivani.nanda@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH,
9  SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
10 One Market Plaza
   San Francisco, CA 94105
11 Telephone: 415.442.4810
   Facsimile: 415.442.4870
12

13 Attorneys for Defendants,
   LIFE INSURANCE COMPANY OF
   NORTH AMERICA and CH2M HILL LONG TERM
14 DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA ZORN, | CASE NO: 3:16-cv-04966-TEH |
| Plaintiff, | Hon. Thelton E. Henderson |
| vs. | **NOTICE OF SETTLEMENT AND JOINT REQUEST TO CONTINUE THE CMC CONFERENCE SCHEDULED FOR APRIL 24, 2017** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and CH2M HILL LONG TERM DISABILITY PLAN | |
| Defendants. | **Date:** April 24, 2017<br>**Time:** 1:30 p.m. |

**TO THE ABOVE ENTITLED COURT:**

Please be advised that the parties have settled the above entitled action. They are currently preparing the paperwork to effect the settlement and anticipate that the same will be completed within thirty (30) days.

This matter has been scheduled for a Case Management Conference on April 24, 2017. In view of the settlement, the parties request that the Case Management Conference be continued or vacated until the settlement is completed.

DATED: April 13, 2017  KANTOR & KANTOR, LLP

BY  */s/ Corinne Chandler*
Corinne Chandler
Attorneys for Plaintiff
ELENA ZORN

DATED: April 13, 2017  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

BY:  */s/ Sea P. Nalty*
Sean P. Nalty
Shivani Nanda
Attorneys for Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and CH2M HILL LONG TERM DISABILITY PLAN

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), Corinne Chandler hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# [~~PROPOSED~~] ORDER

The Court having considered the parties' Notice of Settlement and Request for Continuance of the Case Management Conference currently scheduled for April 24, 2017, and finding good cause therefor, hereby orders that the Case Management Conference is continued to May 15, 2017. If the parties file a Stipulation for Dismissal prior to May 15, 2017, the Case Management Conference date will be vacated.

Dated: 4/13/2017

The Hon. Thelton E. Henderson
U.S. District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525